No. 599. COCHRAN v. UNITED STATES. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioner. *Solicitor General McGrath* and *Mr. Robert S. Erdahl* for the United States.

No. 607. SMREKAR v. BAY & RIVER NAVIGATION Co. ET AL. January 2, 1946. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. Thomas J. Riordan* for petitioner. *Mr. W. N. Mullen* for respondents.

No. 601. LOWNSBURY ET AL. v. SECURITIES & EXCHANGE COMMISSION ET AL. January 2, 1946. The motion to defer consideration is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is also denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Mr. Alfred J. Snyder* and *Miss Elizabeth C. Lownsbury* for petitioners. *Solicitor General McGrath, Messrs. Roger S. Foster* and *Milton V. Freeman* for the Securities & Exchange Commission, respondent.

Nos. 587, 588 and 589. CREEL v. CREEL. January 2, 1946. The motion for leave to file a substituted petition is denied. The petition for writs of certiorari to the United States Court of Appeals for the District of Columbia is also denied. Petitioner *pro se. Messrs. Leon Tobriner* and *Selig C. Brez* for respondent.